*Formatted for Electronic Distribution*                                                         *For Publication*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| In re:<br>    JOAN SANTAMASSINO<br>              Debtor. | | Chapter 7 Case<br># 05-10085 |
| **Joan Santamassino**<br>           Plaintiff,<br>   v.<br>**New Jersey Higher Education**<br>**Student Assistance Authority,**<br>           Defendant. | Filed & Entered<br>On Docket<br>August 23, 2007 | Adversary Proceeding<br># 06-1037 |

| | | |
|---|---|---|
| *Appearances:* | *Rebecca A. Rice, Esq.*<br>*Rutland, VT*<br>*Attorney for Plaintiff* | *Jessica Elliott, Esq.*<br>*Rutland, VT*<br>*Attorney for Defendant* |

**ORDER**
**GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      For the reasons set forth in memorandum of decision of even date, IT IS HEREBY ORDERED that the Plaintiff's motion of summary judgment is granted, and the Plaintiff's student loans to the Defendant are discharged, pursuant to 11 U.S.C. § 523(a)(8).

 

_____

August 23, 2007                                                                      Colleen A. Brown
Rutland, Vermont                                                  United States Bankruptcy Judge